IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

MICAH NEAL                                                                                                    PLAINTIFF

v.                                          Civil No. 4:21-cv-4068

JEFFIE WALKER;
GOLDEN ADAMS; LT. ALICE
MILLER, SGT. RICHARD HENDERSON;
K. WATSON; and STEVEN KING                                                               DEFENDANTS

## ORDER

Before the Court is Plaintiff Micah Neal's Motion for Default Judgment. (ECF No. 47). No response is necessary.

On October 14, 2021, Plaintiff filed this action pursuant to 42 U.S.C. § 1983. The U.S. Marshal served Defendants Henderson, Watson, and Miller on February 1, 2022, making their responsive pleadings due by February 22, 2022. (ECF No. 41). They did not file a responsive pleading by that date.

On March 9, 2022, Defendants Henderson, Watson, and Miller filed a motion for leave to file their answer out of time. The Court granted that motion, and they filed their answer the next day. On March 18, 2022, Plaintiff filed the instant motion, asking the Court to grant him default judgment against Defendants Henderson, Watson, and Miller.

Good cause has not been shown for the motion. The Court allowed Defendants Henderson, Watson, and Miller to file their answer out of time, and they filed their answer on March 10, 2022. Thus, default judgment is not proper here. Moreover, default judgment cannot be granted because "[e]ntry of default under Rule 55(a) must precede a grant of default judgment under Rule 55(b)." *Johnson v. Dayton Elec. Mfg. Co.*, 140 F.3d 781, 783 (8th Cir. 1998) (internal quotation marks

omitted). Plaintiff did not obtain an entry of default, so the Court cannot grant him default judgment. Accordingly, Plaintiff's Motion for Default Judgment (ECF No. 47) is hereby **DENIED**.

**IT IS SO ORDERED**, this 21st day of March, 2022.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge